ANNE K. EDWARDS (SBN 110424)
ake@rodipollock.com
RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for LBUBS 2004-C6
STOCKDALE OFFICE LIMITED
PARTNERSHIP, a Delaware limited
partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBUBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY L. MORELAND, an individual and PEGGY J. MORELAND, an individual,<br><br>Defendants. | CASE NO. 1:13-CV-00294-LJO-JLT<br><br>ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND CERTAIN DISCOVERY AND TRIAL RELATED DEADLINES FOR THIRTY DAYS<br><br>(Doc. 28) |

Before the Court is the stipulation of the parties to modify the dates related to briefing regarding whether Defendants are entitled to a jury trial in this case, the mid-discovery status conference and the pleading amendment deadline.  Upon consideration of the stipulation and good cause appearing, the Court **ORDERS**:

1. The parties **SHALL** file their joint mid-discovery status conference Report, no later than **August 26, 2013**;

2. The mid-discovery status conference is continued to **September 3, 2013** at 8:30 a.m.;

3. As to the brief schedule related to whether Defendants have waived

their right to jury trial, the Court **ORDERS**:

    a.    Plaintiff **SHALL** file its brief regarding no later than **August 28, 2013**;

    b.    Defendants **SHALL** file their opposition brief no later than **September 13, 2013**;

    c.    Plaintiff may file a reply brief no later than **September 18, 2013**;

    d.    The hearing, currently set on August 29, 2013, is **VACATED**. After reviewing the briefs, the Court will set a hearing if necessary.

4.    The last date for the parties to file pleading amendments is extended to September 18, 2013.

IT IS SO ORDERED.

Dated:  **July 22, 2013**                    **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE

RODI POLLOCK PETTKER CHRISTIAN & PRAMOV
A LAW CORPORATION
4444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE: (213) 895-4900