IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBUBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP,<br><br>            Plaintiff,<br>    v.<br><br>TERRY MORELAND, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-00294 LJO  JLT<br><br>ORDER GRANTING REQUEST TO EXTEND TIME TO FILE DISMISSAL<br><br>(Doc. 34) |

On August 27, 2013, the parties filed a stipulation setting forth that they have come to terms on a settlement and are merely in process of obtaining signatures on the settlement agreement. (Doc. 32)  At that time, they anticipated a stipulated dismissal would be filed by September 6, 2013.  Id. at 1-2.  However, the settlement documents have not yet been finalized for several reasons.  (Doc. 34) However, now the parties believe the dismissal can be filed no later than September 27, 2013.  Id. at 3.

Therefore, good cause appearing, the Court **GRANTS** the parties until September 27, 2013 to file the stipulated dismissal.

///

///

///

///

///

1

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **September 9, 2013**         /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE