UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBUBS 2004-STOCKDALE OFFICE LIMITED PARTNERSHIP,<br><br>        Plaintiff,<br><br>    vs.<br><br>TERRY MORELAND, et al.,<br><br>        Defendants. | CASE NO. CV F 13-0294 LJO JLT<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>**(Doc. 36.)** |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

        IT IS SO ORDERED.

Dated:   **September 19, 2013**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

1